UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ANTHONY GUTIERREZ,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES YATES, WARDEN,<br><br>    Respondents. | No. CV 04-6601 GW (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: September 11, 2008

                   George H. Wu
                   United States District Judge