UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ANTHONY GUTIERREZ, ) | Case No. CV 04-6601-GW(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | JUDGMENT |
| ) | |
| JAMES YATES, Warden, ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is granted in part, petitioner's convictions and sentences on Counts 2 and 3 are vacated, and respondent is directed to release petitioner from custody resulting from those convictions and sentences unless the State of California commences a new trial on Counts 2 and 3 within sixty (60) days from the date of entry of judgment.

Dated: _September 11, 2008_

_/s/ George H. Wu_
George H. Wu
United States District Judge